UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JACOB BERGERON,

    Petitioner,

v.

UNKNOWN AGENTS OF COBB COUNTY
GEORGIA; UNKNOWN AGENTS OF
CHEROKEE COUNTY GEORGIA;
UNKNOWN AGENTS OF HOLLY SPRINGS;
UNKNOWN AGENTS OF CANTON
GEORGIA; UNKNOWN OPERATORS OF
MIND CONTROL DEVICES,

    Respondents.

**ORDER**
19-CV-3250 (AMD)(LB)

---

ANN DONNELLY, United States District Judge:

On May 28, 2019, the *pro se* plaintiff, a resident of Georgia, filed an "Emergency Filing Petition for the Issuance of the Writ of Habeas Corpus" and a "Motion to Change Venue." (ECF Nos. 1, 2.) The plaintiff alleges that federal agents are following him, controlling his mind, and have committed "various federal crimes" against him over the past 20 years. (ECF No. 1 at 2.) He asks the Court to order a "federal investigation" by the FBI, convene a grand jury, and "cease mind-control devices" against him. (*Id.* at 3.)

There is no connection between the facts alleged by the petitioner and this federal district. The Court has no authority to grant the relief requested by the petitioner. The motion for a change of venue is DENIED and the complaint is DISMISSED for failing to set forth a plausible claim for relief. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); 28 U.S.C. §1915 (e)(2)(B)(i); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (An action "is frivolous when either: (1) the factual contentions are clearly baseless, such as when allegations

are the product of delusion or fantasy; or (2) the claim is based on an indisputably meritless legal theory.").

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore, *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to enter Judgment and close this case.

SO ORDERED:

s/Ann M. Donnelly
_____
Ann M. Donnelly
United States District Judge

Dated: June 20, 2019
      Brooklyn, New York